UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO VALENCIA, | 1:12-CV-01783 LJO GSA HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #8] |
| v. | ORDER DISMISSING GROUNDS FROM PETITION |
| CONNIE GIPSON, Warden, | ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 21, 2012, the Magistrate Judge issued a Findings and Recommendation that recommended Grounds Two and Five be DISMISSED from the petition for failure to state a claim for relief. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 21, 2012, is ADOPTED IN FULL;

2. Grounds Two and Five are DISMISSED from the petition;

3. The matter is REFERRED back to the Magistrate Judge for further proceedings; and

4. As this is not a "final order" which disposes of all claims in the petition, a certificate of appealability is not required. 28 U.S.C. § 1291; <u>Catlin v. United States</u>, 324 U.S. 229, 233 (1945).

IT IS SO ORDERED.

**Dated:   December 28, 2012          /s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE