1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LUIS ALBERTO VALENCIA,                    1:12-cv-01783-LJO-GSA (HC)

12           Petitioner,                        ORDER DENYING MISCELLANEOUS
                                                MOTION
13        vs.                                   [Doc. #13]

14   CONNIE GIPSON,                             ORDER DENYING MOTION FOR
                                                APPOINTMENT OF COUNSEL
15           Respondent.                        [Doc. #14]

16   _____/

17          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.

19          On January 30, 2013, Petitioner filed a motion entitled, "Ex Parte Motion for Liberal

20   Construction and Interpretation Upon Petition, Motion and Etc. Submitted During and

21   Throughout Pendency of this Matter and Petition."  It cannot be determined what Petitioner is

22   requesting in this motion.  The Court is already under a duty to liberally construe Petitioner's

23   pleadings, if that is what Petitioner is seeking.  Insofar as the motion is completely vague, it

24   will be denied.

25          Also on January 30, 2013, Petitioner requested the appointment of counsel.  There

26   currently exists no absolute right to appointment of counsel in habeas proceedings.  See, e.g.,

27   Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774

28   (8th Cir. 1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of

1  counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules

2  Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of

3  justice require the appointment of counsel at the present time.

4         Accordingly, IT IS HEREBY ORDERED:

5      1) Petiioner's miscellaneous motion is DENIED; and

6      2) Petitioner's request for appointment of counsel is DENIED.

7    IT IS SO ORDERED.

8    **Dated:**   **February 4, 2013**                     **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28